IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-CV-00673-RPM

WILLIAM H. HARPER and
LAVONNA JO HARPER,

       Plaintiffs,

v.

COLORADO STATE BOARD OF LAND COMMISSIONERS,

       Defendant.

_____

ORDER
_____

       Upon consideration plaintiff's Motion for Extension to Reply [422] filed on December 17, 2007, it is

       ORDERED that the motion is granted to and including December 24, 2007.

       DATED: December 18th, 2007

                     BY THE COURT:

                     s/Richard P. Matsch

                     _____
                     Richard P. Matsch, Senior Judge